AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MAIGA HRALIMA,

    Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:08-cv-00287-ECR-RAM**

JIM BENEDETTI, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice in favor of the first-filed action in No. 3:08-cv-00214-ECR-RAM.

  _June 2, 2008_                                           **LANCE S. WILSON**
                                                                       Clerk

                                                                  /s/ Kalani Lizares
                                                                     Deputy Clerk